# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DANIEL SALTZGIVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File |
| vs. ) | No.  1:22-cv-01868-CAP |
| ) | |
| EAZY EATS, LLC, BIRDIES ) | |
| WINGS OF KENNESAW LLC, ) | |
| JOHNNY ARCHER'S PLACE LLC, ) | |
| and WALTER D BREAUX, ) | |
| ) | |
| Defendants. ) | |

## DISMISSAL

Plaintiff, by and through the undersigned counsel, hereby dismisses the above styled action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted this August 9, 2022.

**HALL & LAMPROS, LLP**

/s/ *Gordon Van Remmen*
Christopher B. Hall
Ga. Bar # 318380
Gordon Van Remmen
Ga. Bar # 215512

400 Galleria Parkway
Suite 1150
Atlanta, GA 30339
(404) 876-8100 telephone
(404) 876-3477 facsimile
chall@hallandlampros.com

gordon@hallandlampros.com

*Attorneys for Plaintiff*

Plaintiff's counsel certifies that this dismissal is in 14-point Times New Roman font.

## CERTIFICATE OF SERVICE

I hereby certify that on this August 9, 2022, I filed the foregoing with the ECF filing system. I certify that a true and correct copy of the foregoing was mailed to each Defendants' registered agents:

Eazy Eats, LLC
c/o registered agent
John Michael Miller CPA Inc.
1033 Sandy Springs Plains Rd
Marietta, GA, 30066

Birdies Wings of Kennesaw LLC
c/o registered agent
Walter D Breaux
2500 Cobb Place Lane NW, Suite 220
Kennesaw, GA, 30144

Johnny Archer's LLC
c/o registered agent
Matthew D. McMaster, LLC
12 Powder Springs St., Suite 250
Marietta, GA, 30064

Walter D Breaux
8421 Hiram Acworth Hwy
Dallas GA 30157

*/s/ Gordon Van Remmen*
Gordon Van Remmen